# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Willie Richardson,

    Petitioner,

v.

Joan Fabian,

    Respondent.

_____

Civil No. 10cv02068 JNE/JJK

**ORDER**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated July 2, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: 7-26-2010

                                                s/ Joan N. Ericksen
                                                Joan E. Ericksen
                                                United States District Judge